# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 29, 2014

### NO. 03-13-00580-CV

**Marc Sewell, Appellant**

**v.**

**City of Llano, Brenton Lewis, Diane Firestone, Letitia McCasland, Marcy Methvin, Todd Keller, Jeanne Puryear and Tom Milam, Appellees**

### APPEAL FROM THE 424TH DISTRICT COURT OF LLANO COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY CHIEF JUSTICE JONES

This is an appeal from the judgment signed by the trial court on July 23, 2013. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.